**Order entered August 7, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01486-CV

## IN THE INTEREST OF S.V. AND S.V., CHILDREN

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-04-11968-V**

## ORDER

We **REINSTATE** the appeal.

We abated this appeal on August 2, 2018 to allow the trial court an opportunity to conduct a hearing to determine whether a record was made of a December 15, 2017 hearing held in this matter. By letter filed August 6, 2018, Joie Rivera, Official Court Reporter of the 255th Judicial District Court, notified the Court that she was informed by appellee's counsel that "no court reporter [was] present" for the hearing.

Accordingly, as the issue to be determined by the trial court has been settled, we **VACATE** our August 2, 2018 order.


/s/    CAROLYN WRIGHT
       CHIEF JUSTICE